[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 16, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14776
Non-Argument Calendar

_____

BIA No. A79-425-420

KUJTIM KOLAMI,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(May 16, 2007)

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Kujtim Kolami, a citizen and native of Albania, petitions this Court for

review of a final order of the Board of Immigration Appeals ("BIA") adopting and affirming the Immigration Judge's ("IJ") decision denying asylum and withholding of removal under the Immigration and Nationality Act ("INA"), INA § 208, 8 U.S.C. § 1231.[1]

The IJ found that Kolami left Albania for economic reasons, not because of persecution. The BIA further concluded that Kolami was unable to show a nexus between the collective negative conduct he alleged and any protected ground. In his appellate brief, Kolami argues only that the IJ and BIA erred in finding that the conduct was not sufficiently severe as to constitute persecution. Thus, Kolami has abandoned the issue of whether he left Albania due to persecution on account of his political opinion, as opposed to having left for economic reasons. See Sepulveda v. U.S. Att'y Gen., 401 F.3d 1226, 1228 n.2 (11th Cir. 2005). Because Kolami has abandoned this issue on appeal, we do not review it, and accordingly must deny his petition.

**PETITION DENIED.**

---

[1] Kolami also claimed Convention Against Torture ("CAT") relief before the IJ, but did not appeal the denial of CAT relief to the BIA and, accordingly, does not raise the issue now.

2